| | |
|---|---|
| 1 | JASON D. SMITH, ESQ. |
| | Nevada Bar No. 9691 |
| 2 | **SANTORO WHITMIRE** |
| 3 | 10100 W. Charleston Blvd., Suite 250 |
| | Las Vegas, Nevada 89135 |
| 4 | Tel.: (702) 948-8771 / Fax: (702) 948-8773 |
| | Email: jsmith@santoronevada.com |
| 5 | |
| 6 | *Attorneys for Defendant* |
| | *Olen Properties Corporation* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRY COOK, | Case No. 2:21-cv-00640-RFB-VCF |
| Plaintiffs, | **AMENDED STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSE TO COMPLAINT** |
| v. | |
| TRANS UNION, LLC, a Illinois limited liability company; OLEN PROPERTIES CORPORATION, a foreign corporation; AARGON AGENCY, INC., a domestic corporation, | **(FIRST REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff TERRY COOK ("*Plaintiff*") and Defendant OLEN PROPERTIES CORPORATION ("*Defendant*"), by and through their respective counsel and pending the Court's approval, that Defendant shall have an additional thirty (30) days to respond to Plaintiff's Complaint [ECF No. 1]. Defendant's deadline to respond to the Complaint is extended to **July 23, 2021**.

/ /

/ /

/ /

/ /

Good cause exists for the extension set forth herein. Defendant's counsel was recently retained in this matter on June 21, 2021. This is the first extension requested and is not intended to cause any delay.

Dated this 22nd day of June, 2021.    Dated this 22nd day of June, 2021.

**SANTORO WHITMIRE**    **COGBURN LAW**

*/s/Jason D. Smith*    */s/ Erik W. Fox*
JASON D. SMITH, ESQ.    JAMIE S. COGBURN, ESQ.
Nevada Bar No. 9691    Nevada Bar No. 8409
10100 W. Charleston Blvd., Suite 250    ERIK W. FOX, ESQ.
Las Vegas, Nevada 89135    Nevada Bar No. 8804
Tel.: (702) 948-8771 / Fax: (702) 948-8773    2580 St. Rose Pkwy, Suite 330
Email: jsmith@santoronevada.com    Henderson, Nevada 89074
*Attorneys for Defendant Olen Properties*    Tel.: (702) 748-7777
*Corporation*    Email: jsc@cogburncares.com
    ewf@cogburncares.com

*Attorneys for Plaintiff Terry Cook*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 6-23-2021