JASON D. SMITH, ESQ.
Nevada Bar No. 9691
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: jsmith@santoronevada.com

*Attorneys for Defendant*
*Olen Properties Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRY COOK, | Case No.  2:21-cv-00640-RFB-VCF |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSE TO COMPLAINT** |
| v. | |
| TRANS UNION, LLC, a Illinois limited liability company; OLEN PROPERTIES CORPORATION, a foreign corporation; AARGON AGENCY, INC., a domestic corporation, | **(SECOND REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff TERRY COOK ("*Plaintiff*") and Defendant OLEN PROPERTIES CORPORATION ("*Defendant*"), by and through their respective counsel and pending the Court's approval, that Defendant shall have an additional fourteen (14) days to respond to Plaintiff's Complaint [ECF No. 1].  Defendant's deadline to respond to the Complaint is extended to **August 6, 2021**.

/ /

/ /

/ /

/ /

1      Good cause exists for the extension set forth herein. After Defendant's counsel was

2  retained and made the first request for an extension of the response deadline (ECF No. 13), this

3  Court granted such request (ECF No. 14). The parties have been diligently engaged in efforts to

4  settle the dispute. While the parties make efforts to finalize a settlement, they respectfully

5  request an additional 14 days of time for Defendant to respond to the Complaint (ECF No. 1) in

6  hopes to resolve the matter in its entirety (Defendant is the last remaining defendant in this

7  action). The parties submit that good cause exists to permit this additional time to avoid further

8  incurrence of attorneys' fees and costs in litigation, as well as to preserve judicial resources.

9  This is the second extension requested and is not intended to cause any delay.

10  Dated this 19th day of July, 2021.      Dated this 19th day of July, 2021.

11  **SANTORO WHITMIRE**      **COGBURN LAW**

12  */s/Jason D. Smith*      */s/ Erik W. Fox*

13  JASON D. SMITH, ESQ.      JAMIE S. COGBURN, ESQ.
Nevada Bar No. 9691      Nevada Bar No. 8409

14  10100 W. Charleston Blvd., Suite 250      ERIK W. FOX, ESQ.
Las Vegas, Nevada 89135      Nevada Bar No. 8804

15  Tel.: (702) 948-8771 / Fax: (702) 948-8773      2580 St. Rose Pkwy, Suite 330
Email: jsmith@santoronevada.com      Henderson, Nevada 89074

16  *Attorneys for Defendant Olen Properties*      Tel.: (702) 748-7777

17  *Corporation*      Email: jsc@cogburncares.com
    ewf@cogburncares.com

18

19  *Attorneys for Plaintiff Terry Cook*

20

21  **IT IS SO ORDERED**:

22  _____
UNITED STATES MAGISTRATE JUDGE

23         7-19-2021
Dated:_____

24

25

26

27

- 2 -